# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

MITSUBISHI ELECTRIC CORP. (alternatively named MITSUBISHI DENKI KABUSHIKI KAISHA), KONINKLIJKE PHILIPS N.V, THOMSON LICENSING, GE TECHNOLOGY DEVELOPMENT, INC., PANASONIC CORPORATION, and SONY CORPORATION,

        *Plaintiffs,*

v.

CRAIG ELECTRONICS INC.,

        *Defendant.*

**Case No. 9:13-cv-80738-DMM**

---

MITSUBISHI ELECTRIC CORP. (alternatively named MITSUBISHI DENKI KABUSHIKI KAISHA), KONINKLIJKE PHILIPS N.V., THOMSON LICENSING, GE TECHNOLOGY DEVELOPMENT, INC., PANASONIC CORPORATION, and SONY CORPORATION,

        *Plaintiffs,*

v.

CURTIS INTERNATIONAL LTD.,

        *Defendant.*

**Case No. 9:13-cv-80739-DMM**

---

MITSUBISHI ELECTRIC CORP. (alternatively named MITSUBISHI DENKI KABUSHIKI KAISHA), KONINKLIJKE PHILIPS N.V, THOMSON LICENSING, GE TECHNOLOGY DEVELOPMENT, INC., PANASONIC CORPORATION, and SONY CORPORATION,

        *Plaintiffs,*

v.

VIEWSONIC CORPORATION (alternatively named VIEWSONIC DISPLAY CO.),

        *Defendant.*

**Case No. 9:13-cv-80743-DMM**

MITSUBISHI ELECTRIC CORP. (alternatively named MITSUBISHI DENKI KABUSHIKI KAISHA), KONINKLIJKE PHILIPS N.V., and THOMSON LICENSING,

Plaintiffs,

v.

MOTOROLA MOBILITY LLC,

Defendant.

Case No. 9:13-cv-80745-DMM

## ORDER CONSOLIDATING CASES

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation Regarding Consolidation (DE 29), filed October 2, 2013. Pursuant to the Parties' stipulation, and in the interest of judicial economomy, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled cases shall be **CONSOLIDATED** for pretrial purposes only;

2. **Case No. 13-cv-80738-DMM** shall serve as the lead case for concolidated issues;

3. The Clerk of Court shall **CLOSE** Case Nos. 13-cv-80739-DMM, 13-cv-80743-DMM, and 13-cv-80745-DMM *for administrative purposes only*;

4. The Clerk of Court shall add all consolidated Defendants and their attorneys to the lead case, Case No. 13-cv-80738-DMM;

5. All attorneys admitted *pro hac vice* in one of the above-styled cases shall be deemed admitted in Case No. 13-cv-80738-DMM (consolidated for pretrial purposes);

6. This Order shall not preclude any motion to transfer filed by any Defendant;

7. All future filings shall be made under Case No. 13-cv-80738-DMM with the case caption "Case No. 13-cv-80738-DMM (consolidated for pretrial)". Each filing should indicate

2

3

in the caption whether the filing applies to all consolidated cases or only as to specific cases;

8. All filings in Case No. 13-cv-80738-DMM shall be deemed included in the record for each of the individual cases.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this __3__ day of October, 2013.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:     Counsel of Record