UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80745-CIV-MIDDLEBROOKS
(consolidated with CASE NO. 13-80738-CIV-MIDDLEBROOKS)

MITSUBISHI ELECTRIC CORP., *et al.*,

    Plaintiffs,

vs.

MOTOROLA MOBILITY LLC,

    Defendant.
_____/

## ORDER ACCEPTING STIPULATION FOR DISMISSAL

THIS CAUSE comes before the Court upon the Plaintiffs Mitsubishi Electric Corp., Koninklijke Philips N.V., and Thomson Licensing and Defendant Motorola Mobility LLC's Stipulated Motion for Dismissal (DE 59) ("Joint Stipulation"), filed December 30, 2013. The Parties filed this Joint Stipulation pursuant to Federal Rule of Civil Procedure 41(a)(1)(a). After reviewing the Joint Stipulation, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Parties' Joint Stipulation (DE 59) is **ACCEPTED**.

It is further hereby

**ORDERED AND ADJUDGED** as follows:

1. All claims in Case No. 13-80745-CIV-MIDDLEBROOKS are **DISMISSED WITH PREJUDICE** and all counterclaims are **DISMISSED WITHOUT PREJUDICE**;
2. Each party shall bear its own costs and attorneys' fees;
3. The Clerk of Court shall **CLOSE** Case No. 13-80745-CIV-MIDDLEBROOKS and **REMOVE** this case from consolidation with Case No. 13-80738-CIV-MIDDLEBROOKS.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 6 day of January, 2014.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record